IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRISNEL ANIS,

    Petitioner,

v.                                                                                    No. 2:26-cv-865-KG-DLM

PAMELA BONDI, Attorney General
of the United States, *et al.*,

    Respondents.

ORDER OF DISMISSAL

THIS MATTER is before the Court on Petitioner Prisnel Anis' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed March 23, 2026. Petitioner challenges his immigration custody at the Otero County Processing Center in Chaparral, New Mexico, and seeks immediate release from custody or an individualized bond hearing.  (Doc. 1).   On March 13, 2026, Petitioner filed a similar Section 2241 Petition seeking identical relief, which was opened as Case No. 2:26cv761 JB/GBW.   In Case No. 2:26cv761 JB/GBW, Petitioner spelled his name "Anis Prisnel."   *See* (Doc. 1) filed in Case No. 2:26cv761 JB/GBW.   Nevertheless, Petitioner lists his "A-Number" in both cases as A-244-647-552. Accordingly, the Court will close this duplicate proceeding and direct the Clerk's Office to file the Petition filed in this case as an Amended Petition in Case No. 2:26cv761 JB/GBW. Petitioner is instructed to include the case number (26-cv-761 JB/GBW) for all filings relating to his pending Section 2241 proceeding.

    IT IS THEREFORE ORDERED that:

1.  This case is DISMISSED without prejudice as a duplicate Section 2241 proceeding;

2. The Court will enter a separate judgment closing this civil habeas case; and

3. The Clerk's Office is directed to file the Petition (Doc. 1) as an Amended Petition in Case

No. 2:26cv761 JB/GBW.

/s/Kenneth J. Gonzales_____  _____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.